**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff name o/bo injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶7) (only include; kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Abrahams, Stacey | 4/27/1965 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer and Breast Cancer | Counts I-XI |
| 2 | Balzano, Andrew | 2/1/1950 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 3 | Caccesse, Marissa | 9/19/1981 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 4 | Cesarini, Michael | 1/12/1977 | SC | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-XI |
| 5 | Clarke, Kye | 1/8/2005 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 6 | Cocuzzo, Debra | 5/20/1953 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 7 | Cocuzzo, Gerard F. | 1/17/1949 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 8 | Cohen, Karen | 3/13/1961 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 9 | Gerber, Laurie | 1/4/1955 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 10 | Halton, Daniel | 6/8/1996 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 11 | Jabbour, Deborah | 11/6/1957 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer and Breast Cancer | Counts I-XI |
| 12 | Johnson, Linda | 7/14/1972 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 13 | Ladoucer, Sophia | 9/19/1989 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 14 | Nunez, Donna | 1/7/1959 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 15 | Okula, Gregory P. | 4/30/1958 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 16 | Papol, Melinda | 5/19/1960 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 17 | Rampariag, Ravindra | 12/30/1983 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 18 | Schwartz, Richard | 8/29/1963 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer and Ulcerative Colitis | Counts I-XI |
| 19 | Schwenker, Fred | 6/9/1963 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 20 | Seraita, Jeffrey | 2/20/1946 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 21 | Stadlen, Hyman | 12/16/1958 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22 | Steinbock, Mary Ann | 7/4/1942 | NY | Eastern District of New York | No | Yes | No | Liver Cancer | Counts I-XI |
| 23 | Vitelli, Richard | 1/13/1953 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 24 | Walsh, Bryan | 1/19/1961 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |